**Fill in this information to identify the case:**

Debtor 1 _____ Shelly Howard-Soumahoro _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ Eastern _____ District of _____ PA _____
(State)

Case number _____ 25-15156-DJB _____

## Official Form 410S1

# Notice of Mortgage Payment Change

**12/25**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** _____ Citizens Bank, N.A., f/k/a RBS Citizens, N.A. _____

**Court claim no**. (if known): _____ 8 _____

**Last 4 digits** of any number you use to identify the debtor's account:    9   1   4   1

**Date of payment change:**
Must be at least 21 days after date of this notice

8 / 25 / 2026

**New total payment:**
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*

$ 401.52

| Part 1: | Escrow Account Payment Adjustment |
| --- | --- |

1.  **Will there be a change in the debtor's escrow account payment?**

☑ No
☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
_____

Current escrow payment: $ _____     New escrow payment: $ _____

| Part 2: | Mortgage Payment Adjustment |
| --- | --- |

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
_____

Current interest rate: _____%     New interest rate: _____%

Current principal and interest payment: $ _____     New principal and interest payment: $ _____

| Part 3: | Annual HELOC Notice |
| --- | --- |

3.  **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☑ No
☐ Yes.

Current HELOC payment:        $_____

Reconciliation amount:        + $_____ or
                              - $_____

Official Form 410S1                    **Notice of Mortgage Payment Change**                    page 1

Debtor 1  Shelly Howard-Soumahoro
First Name   Middle Name   Last Name

Case number (*if known*) 25-15156-DJB

Amount of next payment (including reconciliation amount)  $_____

Amount of the new payment thereafter (without reconciliation amount)  $_____

## Part 4:  Other Payment Change

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No

☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change:  daily simple interest payment change

Current mortgage payment: $ 409.42    New mortgage payment: $ 401.52

## Part 5:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Mary F. Kennedy
Signature

Date  7 / 31 / 2026

Print:  Mary   F.   Kennedy
First Name   Middle Name   Last Name

Title  Attorney for Citizens Bank
N.A. f/k/a RBS Citizens, N.A.

Company  The Law Office of Gregory Javardian, LLC

Address  1310 Industrial Blvd., Ste 101
Number   Street

Southampton   PA   18966
City   State   ZIP Code

Contact phone  (215) 942 – 9690

Email  mary@javardianlaw.com

PLEASE NOTE:  The loan matures on 5/25/2030. Citizens Bank, N.A., f/k/a RBS Citizens, N.A. filed a total debt claim. This Notice is being filed pursuant to Bankruptcy Rule 3002.1(a) because the Plan provides for the trustee or debtor to make payments on the debt.

{01043001}